UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
Case No. 0:24-cv-60015-DMM

RUDOLPH BETANCOURT,

    Plaintiff,

v.

1440 ROYAL PALM, LLC and
DOLPHIN MARINE CENTER, LLC,

    Defendants.

_____/

## NOTICE OF SETTLEMENT

Defendants, 1440 Royal Palm, LLC and Dolphin Marine Center, LLC, hereby file this Notice of Settlement of the above-captioned action.  The parties are in the process of finalizing and executing settlement documents, and they anticipate filing the Joint Stipulation of Dismissal with Prejudice within the next three weeks.

Date: February 19, 2024

Respectfully submitted,

By:   /s/Steven A. Siegel
      Steven A. Siegel
      Fla. Bar No. 497274
      ssiegel@fisherphillips.com
      Fisher & Phillips LLP
      201 East Las Olas Boulevard
      Suite 1700
      Fort Lauderdale, Florida 33301
      Telephone (954) 525-4800

      *Attorneys for Defendant*

2

## CERTIFICATE OF SERVICE

I hereby certify that on **February 19, 2024**, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all attorneys of record.

                                                 */s/Steven A. Siegel*
Steven A. Siegel
Fla. Bar No 497274
ssiegel@fisherphillips.com
FISHER & PHILLIPS LLP
201 East Las Olas Boulevard
Suite 1700
Fort Lauderdale, FL 33301
Telephone (954) 525-4800

*Attorneys for Defendants*