**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 24-60015-CV-MIDDLEBROOKS

RUDOLPH BETANCOURT,

    Plaintiff,

vs.

1440 ROYAL PALM, LLC, and
DOLPHIN MARINE CENTER, LLC,

    Defendants.
_____/

## ORDER ON JOINT STIIPULATION OF DISMISSAL

THIS CAUSE comes before the Court on the Parties' Joint Stipulation of Dismissal with Prejudice, filed on March 5, 2024. (DE 17). The Court congratulates the Parties on their amicable resolution of this matter and notes that pursuant to *Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272 (11th Cir. 2012), the Parties' stipulation is self-executing, and no order of the Court is required to dismiss this action.

Accordingly, it is **ORDERED AND ADJUDGED** that:

(1) The claims against Defendants by Plaintiff are **DISMISSED WITH PREJUDICE.**

(2) The Clerk of Court **SHALL CLOSE** this case.

(3) All pending motions **ARE DENIED** as moot.

**SIGNED** in Chambers, at West Palm Beach, Florida, this 7 day of March, 2024.

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE